UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 18-21-DLB-CJS

JACOB ROYCE FAIRCHILD                                           PLAINTIFF

v.          **ORDER ADOPTING REPORT AND RECOMMENDATION**

CHRIS HANKINS                                                  DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the February 15, 2019 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 29), wherein she recommends that Plaintiff's Motion for Sanctions (Doc. # 28) be granted in part and that the case be dismissed.

On February 7, 2018, Plaintiff, proceeding *pro se*, filed this civil rights action pursuant 42 U.S.C. § 1983 against Jailer Chris Hankins and Dr. Roy Washington in the Western District of Kentucky. Plaintiff's claims arise from conditions of his confinement while an inmate at the Grant County Detention Center. (Doc. # 1). Plaintiff's case was subsequently transferred to this Court on February 9, 2018. *See* (Doc. # 5). Following the transfer, Defendant Washington was dismissed from this action. *See* (Doc. # 9). The Court entered a Scheduling Order on March 23, 2018, which established a discovery deadline of September 24, 2018 (Doc. # 18). The Order also directed Plaintiff to keep the Court "informed of his current mailing address" and warned that "[f]ailure to notify the Clerk of any change of address may result in dismissal of this case." *Id.* at 2.

1

Defendant has served several discovery requests on the Plaintiff, none of which Plaintiff has responded to. *See* (Doc. # 29 at 2). The Court ordered Plaintiff to respond to Defendant's First Set of Interrogatories and Request for Production of Documents by November 26, 2018. (Doc. # 26). The Order was sent to Plaintiff's address of record at the Woodford County Detention Center, but was subsequently returned because Plaintiff was no longer housed at that address. *See* (Doc. # 27). On December 10, 2018, Defendant filed a Motion for Sanctions, which requested dismissal of the case and monetary sanctions for failure to participate in discovery and to comply with the Court's Orders. (Doc. # 28). On February 15, 2019, Magistrate Judge Smith recommended granting Defendant's Motion in part and dismissing the case. *See* (Doc. # 29). The deadline to file objections to the Magistrate Judge's R&R was March 1, 2019. That deadline having now expired without any objections being filed, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 29) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion for Sanctions (Doc. # 28) is hereby **granted in part** (with respect to dismissal of this action) **and denied in part** (with respect to the imposition of monetary sanctions);

(3) This matter is hereby **dismissed** and **stricken** from the Court's active docket; and

(4) A separate Judgment will be filed concurrently herewith.

This 3rd day of April, 2019.



Signed By:
David L. Bunning  *DB*
United States District Judge

J:\DATA\ORDERS\Cov2018\18-21 Order Adopting R&R.docx